In the Matter of the Estate of JAMES E. SELVY, Deceased. ALLAN SELVY, Appellant; VALERIE TAYLOR et al., Respondents.

Submitted August 24, 2009; decided October 20, 2009

Reported below, 2008 NY Slip Op 79883(U).

Motion for reargument denied [*see* 11 NY3d 865 (2009)].

Chief Judge LIPPMAN taking no part.

TAI PING CHEN, Appellant, v CITIBANK et al., Respondents.

Submitted August 31, 2009; decided October 20, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.